**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE MANSFIELD, | ) | Case No. SACV 12-1320-JLS(MLGx) |
| | ) | |
| Plaintiff/s, | ) | |
| | ) | **ORDER STAYING ACTION** |
| v. | ) | **PENDING FINAL SETTLEMENT,** |
| | ) | **REMOVING CASE FROM ACTIVE** |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) | **CASELOAD, AND FILING OF DISMISSAL** |
| | ) | |
| Defendant/s. | ) | |

On November 4, 2013, the parties filed a Joint Notice of Settlement (doc.31) indicating that the case has been resolved. Based thereon, the Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated.

The parties shall file a Dismissal no later than December 5, 2013. If no dismissal is filed, the Court deems the matter dismissed at that time.

/

/

/

1       The Court retains full jurisdiction over this action and this order shall not
2 prejudice any party in the action.

4 IT IS SO ORDERED.

6 DATED: November 4, 2013

7                                   **JOSEPHINE L. STATON**
                                  JOSEPHINE L. STATON
8                                   United States District Judge